252

961 A.2d 108

COMMONWEALTH of Pennsylvania, Appellee

v.

William James ELLER, Appellant.

Supreme Court of Pennsylvania.

Argued Dec. 3, 2008.

Decided Dec. 18, 2008.

James Jude Karl, Esq., Lancaster County Public Defender's Office, for William James Eller.

Craig William Stedman, Esq., Todd Patrick Kriner, Esq., Lancaster County District Attorney's Office, for Commonwealth of Pennsylvania.

BEFORE: CASTILLE, C.J., and SAYLOR, BAER, McCAFFERY and GREENSPAN, JJ.

*ORDER*

PER CURIAM.

The appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**

Justice EAKIN and Justice TODD did not participate in the consideration or decision of this case.